IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, et al.,<br><br>                        Plaintiffs<br>      v.<br><br>ENDICO POTATOES,<br><br><br>                        Defendant | Civil Action No. 19-cv-2800-JKB |

## NOTICE OF DISMISSAL

      Plaintiffs in the above-captioned action hereby give notice of voluntary dismissal of the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). The Defendant has not appeared nor served an answer or motion to dismiss.

      This dismissal is without prejudice.  Each party shall bear its own costs.

Dated: December 2, 2019

                                    Respectfully submitted,


                                    /s/ Julia Penny Clark_____

                                    Julia Penny Clark (Bar No. 12401)
                                    Bredhoff & Kaiser, P.L.L.C.
                                    805 Fifteenth Street, N.W.
                                    Suite 1000
                                    Washington, D.C.  20005
                                    Counsel for Plaintiffs