IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **BAKERY AND CONFECTIONERY UNION AND INDUSTRIAL INTERNATIONAL PENSION FUND, et al.** | * * * | |
| Plaintiffs | * | CIVIL NO. JKB-19-2800 |
| v. | * | |
| **ENDICO POTATOES** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of Plaintiffs' Notice of Dismissal filed on December 2, 2019 (ECF No. 4), with the dismissal without prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 4th day of December, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge